

1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10

11 CHUN YEN CHEN AKA ALEX CHEN,  )  NO. CV 12-10764-UA (DUTYx)
12                                )
13        Plaintiff,              )
14        v.                      )  **ORDER SUMMARILY**
                                  )  **REMANDING IMPROPERLY**
15 MARTHA GUTIERREZ, et al.,      )  **REMOVED ACTION**
                                  )
16        Defendants.             )
17 _____)

18   The Court will remand this unlawful detainer action to state court summarily
19 because Defendant removed it improperly.
20   On December 17, 2012, Defendant, having been sued in an unlawful
21 detainer action in California state court, lodged a Notice of Removal ("Notice") of
22 that action to this Court and also filed a request to proceed *in forma pauperis*.
23 The Court has denied the latter request under separate cover because the action
24 was not properly removed. To prevent the action from remaining in jurisdictional
25 limbo, the Court issues this Order to remand the action to state court.
26   Simply stated, Plaintiff could not have brought this action in federal court in
27 the first place in that the complaint does not competently allege facts supporting
28 jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon*

*Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Defendant alleges that federal question jurisdiction arises under the Fair Housing Act. (Notice at 2-3.) However, Plaintiff does not allege any federal cause of action. (*See id.*, Ex. A, Complaint.) Nor does it appear that federal law is a necessary element of Plaintiff's claim. Thus, Defendant has not alleged facts establishing the existence of a federal question on the face of the complaint.

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Los Angeles County, West Covina Courthouse, 1427 West Covina Parkway, West Covina, CA 91790 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); and (2) the Clerk send a certified copy of this Order to the state court.

DATED: 1/16/13

GEORGE H. KING
United States District Judge